**No. 10-8852. Gustave Link, Petitioner v. California, et al.**

563 U.S. 940, 131 S. Ct. 2100, 179 L. Ed. 2d 898, 2011 U.S. LEXIS 3065.

April 18, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 395 Fed. Appx. 383.